**RECEIVED**

**FEB 22 2023**

U.S. District Court
Middle District of TN

# UNITED STATES DISTRICT COURT

for the

__Middle__ District of __Tennessee__

__Nashville__ Division

Case No. **03-23 0163**

(to be filled in by the Clerk's Office)

__Tony L. Norman__
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)
-v-

__Case 2019-C-2220 Party Witness__
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Tony Norman
   All other names by which you have been known:
   ID Number: 419981
   Current Institution: Davidson County Sheriff's Office
   Address: P.O. Box 196383
   Nashville, TN 37219-6383
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Sean Richmond
   Job or Title (if known):
   Shield Number:
   Employer:
   Address:
   City / State / Zip Code
   [X] Individual capacity  [ ] Official capacity

   Defendant No. 2
   Name: Prigmore, Paul
   Job or Title (if known):
   Shield Number:
   Employer:
   Address:
   City / State / Zip Code
   [X] Individual capacity  [ ] Official capacity

Defendant No. 3
Name: Robert Anderson
Job or Title (if known): MPU
Shield Number: # 226462
Employer:
Address:
City: Nashville   State: TN   Zip Code:
☐ Individual capacity   ☒ Official capacity

Defendant No. 4
Name: Hdml Sason
Job or Title (if known):
Shield Number:
Employer:
Address:
City:   State:   Zip Code:
☒ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Rule 50 it applies to this case: See TERRCT. R... the suppression hearing, The government would not have the court about the unavailable witnesses or victim until the day of (trial) [J.A. at 33 and Fales statement Rule 18 U.S.C.S 1623 is changed statement three time on video and in the courtroom

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? Complaint for Violation of civil Rights

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

N/A

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☒ Other *(explain)* Violation of Civil Rights

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

C. What date and approximate time did the events giving rise to your claim(s) occur?

N/A

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* My Mother pass away on date 1-18-23 am in pain from being in Jail...

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. N/A

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Rule Banishment motion to dismiss, The Tribol Council on to create a lie... To pay all fees " The Party witness and, to pay I Tony 50K ...

VII.   **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Davidson County Downtown Detention Center DDC, TN

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?
Re Tony Lee Norman (917456) Inmate Appeal Report, Note Pending have been approved

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? Grievance Coordinator, Date 4-26-22 From Investigating office KSHaw, Commissary, CIS NO 917456 Grievance No: 261962, Grievance No: 260794, Grievance No: 261385 Grievance No: 261296

2. What did you claim in your grievance? place an order, Functional Area - Security,

3. What was the result, if any? Security Just took my Message from grievance response DCSO received

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)* Inmate Appeal Report, Re Tony Lee Norman (917456) Message from Grievance Response DCSO received on 4-05-2022

Page 7 of 11

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: Look on Digital mail center Login pen is 4/1981 2872

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Look on Digital mail cent tablet

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

 Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible. In the united States District Court for the Middle District of Tennessee Nashvills Divison

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Tony Lee Norman
   Defendant(s) Melissa Ford; unnamed prosecutors

2. Court *(if federal court, name the district; if state court, name the county and State)*
   United States District Court

3. Docket or index number
   Case No. 3:22-cv-00779

4. Name of Judge assigned to your case
   Trauger

5. Approximate date of filing lawsuit
   on Nov. 23, 2022

6. Is the case still pending?
   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition. 1-27-23

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* Civil rights complaints, yes it was dismissed a motion was not file motion Form 2-18-1 motion to proceed as an Indigent Person Appeal and motion form 2-18-2 Application to Appellate court for Leave to Proceed as an Indigent Person

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) N/A
    Defendant(s) N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*

    N/A

3. Docket or index number

    N/A

4. Name of Judge assigned to your case

    N/A

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition   N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-13-2023

Signature of Plaintiff: Tony Lee Norman
Printed Name of Plaintiff: Tony Lee Norman
Prison Identification #: Davidson County Sheriff's Office
Prison Address: P.O. Box 196383
Nashville, TN 37219-6383

B. For Attorneys

Date of signing: _____

Signature of Attorney: Do not have a Attorney
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
Telephone Number:
E-mail Address:

NAME Tony Norman
OCA 410821
DAVIDSON COUNTY SHERIFF'S OFFICE
PO BOX 196383
NASHVILLE, TN 37219-6383

RECEIVED
FEB 22 2023
U.S. District Court
Middle District of TN

United States District Court for the
Middle District of Tennessee 801
Broadway, Room 800 Nashville
TN, 37203

SENT FROM CORRECTIONAL
INSTITUTION INMATE BEARS ALL
RESPONSIBILITY FOR CONTENT