IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TONY LEE NORMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:23-cv-00163 ) |
| SEAN RICHREOND, et al., | ) JUDGE RICHARDSON ) |
| Defendants. | ) ) |

**<u>ORDER</u>**

Tony Norman, an inmate of the Davidson County Sheriff's Office in Nashville, Tennessee, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. (Doc. No. 1.) He did not pay the civil filing fee, nor did he file an application for leave to proceed in forma pauperis (IFP). One or the other is required for the Court to process the Complaint, as described below.

Prisoners bringing civil lawsuits or appeals are "required to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). But that payment may be made in installments over time via an assessment against the prisoner's inmate trust account, rather than in a lump sum at the time of filing, if the prisoner submits a properly supported application to proceed as a pauper (consisting of both a financial affidavit and proof of his six-month trust account history) that establishes his inability to prepay the full fee. *Id.* § 1915(a)–(b). Prisoners who are not granted pauper status must pay a total fee of $402—a civil filing fee of $350 plus a civil administrative fee of $52—while prisoners who are granted pauper status are only liable for the $350 civil filing fee. *See id.* § 1914(a)–(b) and attached District Court Miscellaneous Fee Schedule, provision 14 (eff. Dec. 1, 2020).

The Clerk of Court is **DIRECTED** to mail Plaintiff a blank IFP application (Form AO 240). To proceed with his lawsuit, Plaintiff **MUST** either pay the $402 filing fee in full or complete the application and return it to the Court with the required proof of his six-month trust account history. Plaintiff's payment or supported application must be received in this Court within **30 DAYS** of the date this Order is entered on the docket and must include the docket number assigned to this case: **No. 3:23-cv-00163**. Plaintiff's submission must be mailed to the Clerk of Court for the United States District Court for the Middle District of Tennessee, 719 Church Street, Nashville, TN 37203.

Plaintiff is cautioned that, should he fail to comply with this Order (or seek an extension of time to do so) within the time specified, or should he fail to keep the Court apprised of his current address, this action may be dismissed for want of prosecution and the full amount of the filing fee may be assessed against him and collected from his inmate trust account.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE