IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TONY LEE NORMAN, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:23-cv-00163 |
| SEAN RICHREOND, et al., | ) JUDGE RICHARDSON |
| Defendants. | ) |

**ORDER**

Tony Norman, an inmate of the Davidson County Sheriff's Office in Nashville, Tennessee, filed a pro se civil rights complaint under 42 U.S.C. § 1983 (Doc. No. 1) without paying the civil filing fee or filing an application for leave to proceed in forma pauperis (IFP). On April 12, 2023, the Court noted this defect, advised Plaintiff of the statutory requirements for obtaining IFP status, and gave him 30 days to either pay the $402 filing fee in full or use the form provided by the Clerk of Court to submit an IFP application, along with the required proof of his six-month trust account history. (Doc. No. 3 (citing 28 U.S.C. § 1915(a)–(b).)

On May 10, 2023, the Court received Plaintiff's IFP application. (Doc. No. 4.) However, that application is deficient because it fails to include the required "certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . ., obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2). Accordingly, Plaintiff's IFP application (Doc. No. 4) is **DENIED WITHOUT PREJUDICE** to the filing of a new, properly supported application.

The Clerk of Court is **DIRECTED** to mail Plaintiff another blank IFP application (Form AO 240). To proceed with his lawsuit, Plaintiff **MUST** either pay the $402 filing fee in full or complete the application and return it to the Court <u>with the required proof of his six-month trust account history</u>. Plaintiff's payment or supported application must be received in this Court within **30 DAYS** of the date this Order is entered on the docket and must include the docket number assigned to this case: **No. 3:23-cv-00163**. Plaintiff's submission must be mailed to the Clerk of Court for the United States District Court for the Middle District of Tennessee, 719 Church Street, Nashville, TN 37203.

Plaintiff is cautioned that, should he fail to comply with this Order (or seek an extension of time to do so) within the time specified, or should he fail to keep the Court apprised of his current address, this action will likely be dismissed for want of prosecution and the full filing fee assessed against his inmate trust account.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE